FILED

SEP 2 6 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kenneth Wayne Leaming,        )
                              )
            Plaintiff,        )
                              )
      v.                      )      Civil Action No. *13-1485*
                              )
Barack Hussein Obama *et al.*,  )
                              )
            Defendants.       )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed. *See* 28 U.S.C. § 1915A (requiring the Court to screen and dismiss a prisoner's complaint upon a determination that it is frivolous).

Plaintiff is a prisoner incarcerated at the SeaTac Federal Detention Center in Seattle, Washington. He purports to register a claim against President Barack Obama or the United States, but for what injury is wholly unclear. Since the complaint "lacks an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), it will be dismissed. *See Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: September 19th, 2013